1  JAMES A. McDEVITT
   United States Attorney
2  Eastern District of Washington
   THOMAS J. HANLON
3  Assistant United States Attorney
   402 E. Yakima Avenue, Suite 210
4  Yakima, WA  98901-2760
   Telephone: (509) 454-4425
5

6              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
7

8
   UNITED STATES OF AMERICA,       )
9                                  )   NO: CR-07-2004-WFN
        Plaintiff,                 )
10                                 )
        v.                         )   **ORDER DISMISSING**
11                                 )   **INDICTMENT**
   EDGAR SANDOVAL CASTILLO,        )
12 aka, Sergio Lopez-Moreno,       )
                                   )
13      Defendant.                 )
   _____ )
14

15      IT IS HEREBY ORDERED that the Indictment in the above-entitled matter

16 is **DISMISSED without prejudice**.  The Court makes no judgment as to the merit

17 or wisdom of this dismissal.

18      DATED this 6th day of April, 2010.

19

20                         s/ Wm. Fremming Nielsen
                          _____
                              WILLIAM F. NIELSEN
21                        UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27
                                       1
28